# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARFON ELECTRONICS CORP., a Taiwanese corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LITE-ON SINGAPORE PTE. LTD., a Singaporean company, LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a California corporation, and SILITEK ELECTRONICS (DONGGUAN) CO., LTD., a Chinese company,<br><br>Defendants. | Case No. 4:18-CV-03598-HSG<br><br>**[PROPOSED] ORDER GRANTING LITE-ON SINGAPORE PTE. LTD., LITE-ON TECHNOLOGY CORPORATION, AND LITE-ON TRADING USA, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM**<br><br>Date:      February 21, 2019<br>Time:      2:00 p.m.<br>CrtRm:    2<br><br>Judge: Honorable Haywood S. Gilliam, Jr. |

The Court having read and considered Defendants Lite-On Singapore PTE. Ltd., Lite-On Technology Corporation and Lite-On Trading USA, Inc.'s ("Lite-On") Motion for Leave to File an Amended Counterclaim, and good cause appearing therefor, orders as follows:

1.    Lite-On's First Amended Counterclaim is deemed filed as of this date.

**IT IS SO ORDERED.**

Dated: _____

                                                                  Haywood S. Gilliam, Jr.
                                                                  Judge, United States District Court