# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARFON ELECTRONICS CORP., a Taiwanese corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>LITE-ON SINGAPORE PTE, LTD., a Singaporean company, LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a California corporation, and SILITEK ELECTRONICS (DONGGUAN) CO., LTD., a Chinese company,<br><br>  Defendants. | Case No. 4:18-cv-03598-HSG<br><br>**ORDER RESCHEDULING HEARING OF DEFENDANTS' MOTION FOR LEAVE TO AMEND COUNTERCLAIM [DKT. 45]** |

1        Having read and considered Plaintiff Darfon Electronics Corporation and Defendants Lite-On Singapore Pte., Ltd., Lite-On Technology Corporation, and Lite-On Trading USA, Inc.'s Stipulation to Reschedule the Hearing on Defendants' Motion for Leave to File an Amended Counterclaim, and finding good cause therefor:

       The Court sets the hearing on Defendants' Motion for Leave to File an Amended Counterclaim in this action for December 13, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 19, 2018

Haywood S. Gilliam, Jr.
United States District Court Judge