# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARFON ELECTRONICS CORP., a Taiwanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LITE-ON SINGAPORE. LTD., a Singaporean company, LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation and LITE-ON TRADING USA, INC., a California corporation, and SILITEK ELECTRONICS (DONGGUAN) CO., LTD., a Chinese company,,<br><br>Defendants.<br><br>LITE-ON SINGAPORE PTE. LTD., a Singaporean company, LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a California corporation, and LITE-ON ELECTRONICS (GUANGZHOU) LTD., a Chinese company<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>DARFON ELECTRONICS CORP., a Taiwanese corporation, and DARFON AMERICA CORP., a California Corporation.<br><br>Counterclaim-Defendants. | Case No. 4:18-cv-03598-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND COUNTERCLAIM-DEFENDANTS DARFON ELECTRONICS CORP.'S AND DARFON AMERICA CORP.'S TIME TO RESPOND TO COUNTERCLAIM-PLAINTIFFS' FIRST AMENDED COUNTERCLAIMS** |

| | |
|---|---|
| 1 | The Court, having considered the Stipulation to Extend Counterclaim-Defendants Darfon Electronics Corp.'s and Darfon America Corp.'s time to Respond to Counterclaim-Plaintiffs' First Amended Counterclaims, and good cause appearing therefore, the time for Darfon Electronics Corp. and Darfon America Corp. to respond to Counterclaim-Plaintiffs' First Amended Counterclaims is hereby extended to and including January 14, 2019. |

IT IS SO ORDERED.

Dated: 12/19/2018

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge