UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darfon Electronics Corp.<br><br>　　　　　　Plaintiff(s)<br><br>v.<br><br>Lite-On Singapore Pte. Ltd., et al.<br><br>　　　　　　Defendant(s) | CASE No C 18-03598-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)   The parties are discussing the option of agreeing to a specific Magistrate Judge. With regard to the "other requested deadline," the parties are conferring and and will promptly advise the Court of a date later than the presumptive deadline.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline:  see above

Date: November 13, 2018　　　　　　　/s/ Harold H. Davis, Jr.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: November 13, 2018　　　　　　　/s/ James Chang
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS:  The ADR deadline is 4/1/2019.


Date:  1/31/2019　　　　　　　　　　　_Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*