| | |
|---|---|
| Christopher Kao (SBN 237716)<br>　christopher.kao@pillsburylaw.com<br>David J. Tsai (SBN 244479)<br>　david.tsai@pillsburylaw.com<br>Brock S. Weber (SBN 261383)<br>　brock.weber@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone:　415.983.1000<br>Facsimile:　415.983.1200<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs<br>Lite-On Singapore Pte, Ltd.;<br>Lite-On Technology Corporation;<br>Lite-On Trading USA, Inc.; and<br>Lite-On Electronics (Guangzhou) Ltd. | Harold H. Davis, Jr. (SBN 235552)<br>　harold.davis@klgates.com<br>Rachel E. Burnim (SBN 292952)<br>　rachel.burnim@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Ste. 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Jay C. Chiu (SBN 205385)<br>　jay.chiu@klgates.com<br>**K&L GATES LLP**<br>1 Park Plaza, Twelfth Floor<br>Irvine, CA 92614<br>Telephone:　949.253.0900<br>Facsimile:　949.253.0902<br><br>Min Wu (SBN 307512)<br>　min.wu@klgates.com<br>**K&L GATES LLP**<br>620 Hansen Way<br>Palo Alto, CA 94304<br><br>Attorneys for Plaintiffs and<br>Counterclaim-Defendants<br>Darfon Electronics Corp. and Darfon<br>America Corp. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARFON ELECTRONICS CORP.,<br>a Taiwanese corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LITE-ON SINGAPORE PTE. LTD.,<br>a Singaporean company, LITE-ON<br>TECHNOLOGY CORPORATION, a Taiwanese<br>corporation, LITE-ON TRADING USA, INC.,<br>a California corporation, and SILITEK<br>ELECTRONICS (DONGGUAN) CO., LTD.,<br>a Chinese company,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-03598-HSG<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Honorable Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | |
| 2 | LITE-ON SINGAPORE PTE. LTD., a Singaporean company, LITE-ON TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a California corporation, and LITE-ON ELECTRONICS (GUANGZHOU) LTD., a Chinese company, |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiffs, |
| 7 | vs. |
| 8 | DARFON ELECTRONICS CORP., a Taiwanese corporation, and DARFON AMERICA CORP., a California Corporation, |
| 9 | |
| 10 | Counterclaim-Defendants. |

WHEREAS, Plaintiffs and Counterclaim-Defendants Darfon Electronics Corporation and Darfon America Corporation (collectively, "Darfon") and Defendants and Counterclaim-Plaintiffs Lite-On Singapore Pte., Ltd., Lite-On Technology Corporation, Lite-On Trading USA, Inc., and Lite-On Electronics (Guangzhou) Ltd. (collectively, "Lite-On Defendants") (together with Darfon, "the Parties") have reached an agreement in principle to settle this action;

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties believe full settlement is imminent, and wish not to burden the Court or one another with unnecessary proceedings while the settlement process is completed;

WHEREAS, the Parties are due to exchange proposed terms for claim construction on March 8, 2019;

WHEREAS, the Parties are due to exchange preliminary claim constructions and produce extrinsic evidence on March 29, 2019;

WHEREAS, the Parties' damages contentions are due April 14, 2019; and

WHEREAS, the Parties' Joint Claim Construction and Prehearing Statement is due April 23, 2019.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that the action be stayed for a period of sixty (60) days pending the finalization of the settlement agreement.

Dated: March 4, 2019                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                        */s/ Christopher Kao*
                                        Christopher Kao

                                        Attorney for Defendants and Counterclaim-Plaintiffs Lite-On Singapore Pte, Ltd.; Lite-On Technology Corporation; Lite-On Trading USA, Inc.; and Lite-On Electronics (Guangzhou) Ltd.

Dated: March 4, 2019                           K&L GATES LLP

                                               /s/Harold H. Davis, Jr.
                                               Harold H. Davis, Jr.

                                               Attorney for Plaintiffs and Counterclaim-Defendants
                                               Darfon Electronics Corp.; and
                                               Darfon America Corp.

### ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 4, 2019

                                               /s/Harold H. Davis, Jr.
                                               Harold H. Davis, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: MARCH 5, 2019                           *[signature]*

                                               Honorable Haywood S. Gilliam, Jr.
                                               United States District Judge