UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARFON ELECTRONICS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>LITE-ON SINGAPORE PTE, LTD. Et al,<br><br>Defendants. | Case No. 18-cv-03598 HSG (JCS)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter have advised the Court that a final settlement of this case has been signed by all parties.

Dated: April 10, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Karen L. Hom
Karen Hom, Deputy Clerk to
Chief Magistrate Judge Joseph C. Spero