Harold H. Davis, Jr. (SBN 235552)
  harold.davis@klgates.com
Rachel Burnim (SBN 292952)
  rachel.burnim@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Tel: 415.882.8200, Fax: 415.882.8220

Jay C. Chiu (SBN 205385)
  jay.chiu@klgates.com
**K&L GATES LLP**
1 Park Plaza, Twelfth Floor, Irvine, CA 92614
Tel: 949.253.0900, Fax: 949.253.0902

Min Wu (SBN 307512)
  min.wu@klgates.com
**K&L GATES LLP**
620 Hansen Way, Palo Alto, CA  94304
Tel: 650.798.6747 / Fax: 650.798.6701

Gina A. Jenero (Admitted *Pro Hac Vice*)
  gina.jenero@klgates.com
**K&L GATES LLP**
70 W. Madison, Suite 3300, Chicago, IL  60602
Tel: 312.372.1121, Fax: 312.827.8000

Attorneys for DARFON ELECTRONICS CORP.
and DARFON AMERICA CORP.

Christopher Kao (SBN 237716)
  christopher.kao@pillsburylaw.com
David J. Tsai (SBN 244479)
  david.tsai@pillsburylaw.com
Brock S. Weber (SBN 261383)
  brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:   (415) 983-1000
Facsimile:   (415) 983-1200

Attorneys for LITE-ON SINGAPORE PTE.,
LTD., LITE-ON TECHNOLOGY
CORPORATION, LITE-ON TRADING
USA, INC., and LITE-ON ELECTRONICS
(GUANGZHOU) LTD.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | DARFON ELECTRONICS CORP., a Taiwanese corporation, | Case No. 4:18-CV-03598-HSG |
| 2 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED]** |
| 3 | vs. | **ORDER TO DISMISS** |
| 4 | LITE-ON SINGAPORE PTE. LTD., a Singaporean company, LITE-ON | |
| 5 | TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a | Honorable Haywood S. Gilliam, Jr. |
| 6 | California corporation, and SILITEK ELECTRONICS (DONGGUAN) CO., LTD. a | |
| 7 | Chinese company, | |
| 8 | Defendants. | |
| 9 | LITE-ON SINGAPORE PTE. LTD., a Singaporean company, LITE-ON | |
| 10 | TECHNOLOGY CORPORATION, a Taiwanese corporation, LITE-ON TRADING USA, INC., a | |
| 11 | California corporation, and LITE-ON ELECTRONICS (GUANGZHOU) LTD., a | |
| 12 | Chinese company | |
| 13 | Counterclaimants, | |
| 14 | vs. | |
| 15 | DARFON ELECTRONICS CORP., a Taiwanese corporation, and DARFON AMERICA CORP., a | |
| 16 | California corporation. | |
| 17 | Counterdefendants. | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff and Counterdefendants Darfon Electronics Corp. and Darfon America Corp. (collectively, "Darfon"), and Defendants and Counterclaimants Lite-On Singapore Pte., Ltd., Lite-On Technology Corporation, Lite-On Trading USA, Inc., and Lite-On Electronics (Guangzhou) Ltd. (collectively, "Lite-On"), hereby jointly stipulate to request that the Court dismiss Darfon's claims for relief against Lite-On and against remaining party, Silitek Electronics (Dongguan) Co., Ltd. ("Silitek"), with prejudice and Lite-On's claims, defenses or counterclaims for relief against Darfon with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

WHEREAS, Darfon and Lite-On have resolved Darfon's claims for relief against Lite-On and Lite-On's claims, defenses or counterclaims for relief against Darfon asserted in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Darfon and Lite-On, through their attorneys of record, that this Court dismiss Darfon's claims for relief against Lite-On and Silitek with prejudice and Lite-On's claims, defenses or counterclaims for relief against Darfon with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

4827-3110-2100

Dated:  April 12, 2019                              PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                    */s/ Christopher Kao*
                                                    Christopher Kao

                                                    Attorney for Lite-On Singapore Pte., Ltd., Lite-On
                                                    Technology Corporation, Lite-On Trading USA,
                                                    Inc., and Lite-On Electronics (Guangzhou) Ltd.

Dated:  April 12, 2019                              K&L GATES LLP

                                                    */s/ Harold H. Davis, Jr.*
                                                    Harold H. Davis, Jr.

                                                    Attorney for Darfon America Corp. and Darfon
                                                    Electronics Corp.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  April 12, 2019

*/s/ Harold H. Davis, Jr.*
Harold H. Davis, Jr.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 12, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Harold H. Davis, Jr.*
Harold H. Davis, Jr.

1

**[PROPOSED] ORDER**

2

Pursuant to Stipulation**, IT IS SO ORDERED.**

3

4
Dated: _____, 2019

5
_____
Haywood S. Gilliam, Jr.
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28